# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07-cr-79-W |
| | ) | |
| vs. | ) | |
| | ) | |
| **(6) RUBEN ORTIZ BARRAZA** | ) | |
| a/k/a "Ruben Barraza-Ortiz" | ) | **ORDER** |

THIS MATTER is before the Court on the Government's "Motion For Stay Of Order Releasing The Defendant, Notice Of Appeal, And Motion For Revocation Of Conditions Of Release" filed June 20, 2007. On June 19, 2007, the defendant was brought before a Magistrate Judge in the Southern District of Texas for a detention review hearing. At the conclusion of that hearing, the Magistrate Judge ordered the defendant released.

Pursuant to 18 U.S.C. 3145(a)(1), this Court will stay the Magistrate Judge's release order pending a ruling by this Court on the Government's motion to revoke the release order.

IT IS, THEREFORE, ORDERED that the Government's motion to stay is hereby GRANTED, and the defendant shall be DETAINED until further order of this Court. The Court will notify the parties at a later date if a hearing in this matter is necessary.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: June 21, 2007

_____
Frank D. Whitney
United States District Judge