**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.: 3:07CR79**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>vs. )<br>       )<br>RUBEN ORTIZ BARRAZA, )<br>      Defendant. )<br>       )<br>       ) | **ORDER** |

**FOR GOOD CAUSE SHOWN**, and on Motion Pro Hac Vice (Document #57) filed July 17, 2007, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Ricardo V. Coronado Jr. of Law Offices of Ricardo V. Coronado, Jr. in Edinburg, Texas be admitted to practice *pro hac vice* before this Court in order to represent Defendant, Ruben Ortiz Barraza, in the above-captioned case.

Signed: July 18, 2007

David C. Keesler
United States Magistrate Judge