# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### DOCKET NO.: 3:07CR79-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>RUBEN ORTIZ BARRAZA )<br>Defendant )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten Motion for Change of Venue (Document No. 15) filed *pro se* by the Defendant on February 12, 2008.

The record reflects that Mr. Barraza is represented by appointed counsel, Denzil Horace Forrester. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Barraza has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Barraza's request for change of venue is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Ms. Forrester.

Signed: February 13, 2008

David C. Keesler
United States Magistrate Judge