# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.: 3:07CR79-FDW-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| RUBEN ORTIZ BARRAZA | ) | |
| Defendant | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the Motion for Change of Venue (Document No. 165) filed by the defendant on February 19, 2008.

The record reflects that Mr. Barraza is represented by appointed counsel, Denzil Horace Forrester. As we have indicated before, it is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Barraza has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Barraza's request for change of venue is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Forrester.

Signed: February 25, 2008

David C. Keesler
United States Magistrate Judge